UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Gaffney Board of Public Works, | ) | C/A No. |
| | ) | |
| *Plaintiff,* | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Versus | ) | |
| | ) | |
| AGC Chemicals Americas, Inc.; | ) | |
| Archroma U.S., Inc.; | ) | |
| Arkema, Inc.; | ) | |
| Atotech USA, LLC; | ) | |
| Bommer Industries, Inc.; | ) | |
| Carolina Cotton Works, Inc.; | ) | |
| Clariant Corporation; | ) | |
| Corteva, Inc.; | ) | |
| Daikin America, Inc.; | ) | |
| DuPont de Nemours, Inc.; | ) | |
| EIDP, Inc.; | ) | |
| Everest Textile USA, LLC; | ) | |
| Huntsman International, LLC; | ) | |
| Isothermal Textile Services, LLC; | ) | |
| Solvay Specialty Polymers USA, LLC; | ) | |
| Suminoe Textile of America Corporation; | ) | |
| The Chemours Company; | ) | |
| Ultimate Textile, Inc.; and | ) | |
| Upstate Anodize, LLC, | ) | |
| | ) | |
| *Defendants*. | ) | |

I, the undersigned counsel, of the Hood Law Firm, LLC, for the Defendant EIDP, Inc. do

hereby certify that on **August 13, 2025**, I have served counsel in this action with a copy of the

pleadings herein below via E-Mail at the following address:

Pleadings:             Notice of Removal with associated documents for Removal

Parties served:

John B. White, Jr. (jwhite@johnbwhitelaw.com)
Marghretta H. Shisko (mschisko@johnbwhitelaw.com)
Christopher R. Jones (cjones@johnbwhitelaw.com)
Griffin L. Lynch (glynch@johnbwhitelaw.com)
JOHN B. WHITE, JR., P.A.
*Counsel for Plaintiff*

Hannah Cory Caldwell (hcaldwell@corywatson.com)
Hamilton Jordan (hjordan@corywatson.com)
Hirlye Ray Lutz, III (rlutz@corywatson.com)
Hunter Michael Phares (hphares@corywatson.com)
Frank Jerome Tapley (jtapley@corywatson.com)
Brett Cooper Thompson (bthompson@corywatson.com)
Robert Akira Watson (awatson@corywatson.com)
CORY WATSON, P.C.
*Counsel for Plaintiff*

Richard H. Willis (rwillis@williamsmullen.com)
John G. Tamasitis (jtamasitis@williamsmullen.com)
William Porcher DuBose IV (wdubose@williamsmullen.com)
WILLIAMS MULLEN
*Counsel for Bommer Industries, Inc.*

Ronald K. Wray, II (rwray@gwblawfirm.com)
William E. Whitney, III (wwhitney@gwblawfirm.com)
GALLIVAN, WHITE & BOYD, P.A.
*Counsel for Carolina Cotton Works, Inc.*

Robert Y. Knowlton (bknowlton@hsblawfirm.com)
Sarah Addy Hodges (saddy@hsblawfirm.com)
Frank T. Davis (fdavis@hsblawfirm.com)
Jonathan D. Klett (jklett@hsblawfirm.com)
HAYNSWOTH SINKLER BOYD, P.A.
*Counsel for Suminoe Textile of America Corporation*

Mary Katherine Hackney Stukes
(marykatherinestukes@mvalaw.com)
Pierce Martin Werner (piercewerner@mvalaw.com)
MOORE & VAN ALLEN
*Counsel for Upstate Anodize, LLC*

HOOD LAW FIRM, LLC
172 Meeting Street/Post Office Box 1508
Charleston, SC  29402
Phone: (843) 577-4435/Facsimile: (843) 722-1630


*/s/ Molly H. Craig*
Molly H. Craig (6671)
molly.craig@hoodlaw.com
James B. Hood (9130)
james.hood@hoodlaw.com
Virginia R. Floyd (12212)
virginia.floyd@hoodlaw.com

and

SHOOK, HARDY & BACON L.L.P.
Brent Dwerlkotte (*pro hac vice forthcoming*)
2555 Grand Boulevard,
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
Email: dbdwerlkotte@shb.com

*Counsel for Defendant EIDP, Inc.*

August 13, 2025
Charleston, South Carolina

3