**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to:**<br><br>*City of Clinton, South Carolina v. AGC Chemicals Americas, Inc., et al.*, No. 2:25-cv-09486-RMG<br><br>*City of Florence, South Carolina v. AGC Chemicals Americas, Inc., et al.*, No. 2:25-cv-11725-RMG<br><br>*Gaffney Board of Public Works v. AGC Chemicals Americas, Inc., et al.*, No. 2:25-cv-10635-RMG<br><br>*Grand Strand Water & Sewer Authority v. AGC Chemicals Americas, Inc., et al.*, No. 2:25-cv-11180-RMG<br><br>*Greenwood Commissioners of Public Works v. AGC Chemicals Americas, Inc., et al.*, No. 2:25-cv-11669-RMG<br><br>*Laurens County Water & Sewer Commission v. AGC Chemicals Americas, Inc., et al.*, No. 2:25-cv-11655-RMG<br><br>*South Carolina Public Service Authority, a/k/a Santee Cooper, an agency of the State of South Carolina v. AGC Chemicals Americas, Inc., et al.*, No. 2:25-cv-10305-RMG<br><br>*City of Union, South Carolina v. AGC Chemicals Americas, Inc., et al.*, No. 2:25-cv-11014-RMG<br><br>*Woodruff-Roebuck Water District v. AFL Telecommunications, LLC, et al.*, No. 2:25-cv-11043-RMG |

## CONSENT MOTION FOR EXTENSION OF TIME
## FOR RESPONSES AND REPLIES TO MOTIONS TO REMAND

Plaintiffs City of Clinton, South Carolina; City of Florence, South Carolina; Gaffney Board of Public Works; Grand Strand Water & Sewer Authority; Greenwood Commissioners of Public Works; Laurens County Water & Sewer Commission; South Carolina Public Service Authority, a/k/a Santee Cooper, an agency of the State of South Carolina; City of Union, South Carolina; and Woodruff-Roebuck Water District (collectively, "Plaintiffs") filed a Joint Motion to Remand on September 29, 2025 (Dkt. 8111).[1]

Plaintiffs and Defendants have agreed to the following deadlines for responsive briefing related to this Joint Motion to Remand:

- Defendants shall file one consolidated Response in Opposition to Plaintiffs' consolidated Motion to Remand on or before **Monday, November 3, 2025** (thirty-five (35) days from when Plaintiffs' consolidated Motion to Remand was filed or, stated differently, an additional 21 days from the date automatically established by Local Civil Rule 7.06 (D.S.C.)); and

- If Plaintiffs elect to file a Reply to Defendants' consolidated Response in Opposition to Plaintiffs' consolidated Motion to Remand, Plaintiffs shall file one consolidated Reply on or before **twenty-one (21) days from when Defendants' consolidated Response is filed** (or stated differently, an additional 14 days from the date automatically established by Local Civil Rule 7.07 (D.S.C.)).

Granting these extensions would not affect other deadlines in this litigation and would not prejudice any party.

---

[1] Plaintiffs the City of Clinton and South Carolina Public Service Authority, a/k/a Santee Cooper previously filed Motions to Remand individually. *See* Mots. To Remand, Sept. 2 & 8, 2025 (Dkts. 7951 & 7986). The present Joint Motion supersedes these individual Motions to Remand. Pltf. Mem. in Opp'n to Mot. Ext., Sept. 17, 2025 (Dkt. 8040).

2

Therefore, in light of the parties' mutual agreement, the parties respectfully request that the Court enter an order granting this Consent Motion and establishing the consolidated briefing schedule identified above.

| WE SO MOVE FOR DEFENDANTS: | WE SO CONSENT FOR PLAINTIFFS: |
|---|---|
| /s/ Molly H. Craig | /s/ John B. White, Jr. |
| Molly H. Craig (6671) | John B. White, Jr. (Fed. Bar No. 4619) |
| molly.craig@hoodlaw.com | Marghretta H. Shisko (Fed. Bar No. 11601) |
| James. B. Hood (9130) | Christopher R. Jones (Fed. Bar No. 13204) |
| james.hood@hoodlaw.com | Griffin L. Lynch (Fed. Bar No. 9580) |
| Virginia R. Floyd (12212) | JOHN B. WHITE, JR., P.A. |
| virginia.floyd@hoodlaw.com | 291 S. Pine Street / P.O. Box 2465 (29304) |
| HOOD LAW FIRM, LLC | Spartanburg, SC 29302 |
| 172 Meeting Street | (864) 594-5988 |
| PO Box 1508 | jwhite@johnbwhitelaw.com |
| Charleston, SC 29402 | mshisko@johnbwhitelaw.com |
| (843) 577-4435 | cjones@johnbwhitelaw.com |
| | glynch@johnbwhitelaw.com |
| and | |
| | and |
| Brent Dwerlkotte | |
| dbdwerlkotte@shb.com | Frank Jerome Tapley / Hirlye Ryan Lutz, III |
| SHOOK HARDY AND BACON LLP | Adam Wade Pittman / Brett Cooper Thompson |
| 2555 Grand Blvd. | Robert Akira Watson / Hunter Phares |
| Kansas City, MO 64108 | CORY WATSON, P.C. |
| | 2131 Magnolia Avenue South |
| *Counsel for Defendants DuPont de Nemours, Inc. and EIDP, Inc.* | Birmingham, AL 35205 |
| | (205) 328 2200 |
| | jtapley@CoryWatson.com |
| | rlutz@CoryWatson.com |
| | apittman@CoryWatson.com |
| | bthompson@CoryWatson.com |
| | awatson@corywatson.com |
| | hphares@corywatson.com |
| | |
| | *Counsel for Plaintiffs City of Clinton, South Carolina; South Carolina Public Service Authority, a/k/a Santee Cooper; Gaffney Board of Public Works; City of Union, South Carolina; Woodruff-Roebuck Water District; Grand Strand Water and Sewer Authority; Laurens County Water and Sewer Commission; Greenwood Commissioners of Public Works; and City of Florence, South Carolina* |